PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 09-71889 WJL** |
| **MIMI DANIELLE SEMEREAUX,** | **Chapter 13** |
| **Debtor.** | **MOTION TO MODIFY CHAPTER 13 PLAN** |
| _____/ | |

The above-named debtor applies to the court for an order to modify her Chapter 13 Plan as follows:

Commencing September 2012, debtor will pay $100.00 per month to the Trustee. Any plan arrearages shall be forgiven. Unsecured, non-priority creditors shall be paid on a pro-tanto basis.

Debtor shall surrender the 2003 Ford Expedition to Bank of America.

The modification is sought on the following grounds: Debtor's income has decreased, while her expenses have increased.

Dated: September 17, 2012

/s/ Anne Y. Shiau
ANNE Y. SHIAU
Attorney for Debtor

Page 1 of 1